## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 19, 2023

Mr. Anthony J Biller
Law Office
2601 Oberlin Road
Suite 100
Raleigh, NC 27608

Ms. Julie Marie Blake
Mr. Ryan Bangert
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Mr. Matthew Scott Bowman
Alliance Defending Freedom
440 First Street, N.W.
Suite 600
Washington, DC 20001

Mr. Jeremy Samuel Bloch Newman
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

Mr. Jonathan Andrew Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

Re: Case No. 23-5053, *American College of Pediatricians, et al v. Xavier Becerra, et al*
Originating Case No. : 1:21-cv-00195

Dear Counsel,

This appeal has been docketed as case number **23-5053** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **February 2, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 23-5053

AMERICAN COLLEGE OF PEDIATRICIANS, on behalf of its members; CATHOLIC MEDICAL ASSOCIATION, on behalf of its members

        Plaintiffs - Appellants

v.

XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; OFFICE FOR CIVIL RIGHTS OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; LISA J. PINO, in her official capacity as Director of the Office for Civil Rights of the U.S. Department of Health and Human Services

        Defendants - Appellees