UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5053**

Case Title: **American College of Pediatricians, et al** vs. **Xavier Becerra, et al.**

List all clients you represent in this appeal:

**XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; OFFICE FOR CIVIL RIGHTS OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; LISA J. PINO, in her official capacity as Director of the Office for Civil Rights of the U.S. Department of Health and Human Services**

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee         ☐ Respondent       ☐ Intervenor                      (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Jeremy Samuel Bloch Newman**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **McKaye L. Neumeister**        Signature:  s/ **McKaye L. Neumeister**

Firm Name: **U.S. Department of Justice**

Business Address: **950 Pennsylvania Avenue NW**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **202-514-8100**

Email Address: **McKaye.L.Neumeister@usdoj.gov**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17