# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-5053**           Case Manager: **C. Anthony Milton**

Case Name: **American College of Pediatricians et al v. Xavier Becerra et al**

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**Parties:**

**Xavier Becerra, in his official capacity as Secretary of U.S. Department of Health & Human Services; U.S. Department of Health & Human Services; Office for Civil Rights of the U.S. Department of Health & Human Services; Lisa J. Pino, in her official capacity as Director of the Office for Civil Rights of the U.S. Department of Health & Human Services.**

**Specific Issues to be raised:**

**Whether the district court erred by holding that Plaintiffs lack standing to challenge Section 1557 of the Affordable Care Act and HHS's requirements to comply with it, where (1) the district court agreed that Plaintiffs' proposed conduct violates HHS's requirements, (2) the government has initiated enforcement actions in the past regarding activities that violate the same requirement that Plaintiffs' conduct violates, and (3) the government issued a formal Notice warning that the government is investigating and will enforce Section 1557 against activities like those in which Plaintiffs engage and propose to engage.**

This is to certify that a copy of this statement was served on opposing counsel of record this **31st** day of **January**, **2023**.

**Matthew S. Bowman**
Name of Counsel for Appellant