**636 - 6th Floor East Courtroom, 9:00 A.M.**     **Wednesday, December 6, 2023**

**Boggs, Readler, Davis**

**23-5053    American College of Pediatricians, et al. v. Xavier Becerra, et al.**

American College of Pediatricians, et al.          ret    Christopher Paul Schandevel

        **Plaintiffs - Appellants**                                  *5 Minutes Rebuttal*

**V.**

Xavier Becerra, et al.                                          ret    McKaye Lea Neumeister

        **Defendants - Appellees**

*Leon Korotko, Courtroom Deputy*

Plaintiffs appeal the dismissal of their action challenging the implementing regulations of section 1557 of the Affordable Care Act as modified over time related to the prohibition of discrimination on various grounds, including sex, alleging that it violates the Administrative Procedure Act, the Constitution, and the Religious Freedom Restoration Act.   (15 Minutes Per Side)